# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00459-CV

**In re Jose Nasipak**

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Based on the briefing and the incomplete record, Tex. R. App. P. 52.7(a), the petition for writ of habeas corpus is denied, *see id.* R. 52.8(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Filed: September 23, 2021